ILND 450 (Rev. 04/29/2016) : Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Mariano Miguel

Plaintiff(s),

v.

Samuel Olson, et al.,

Defendant(s).

Case No. 25-cv-11137

Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☑ in favor of plaintiff(s) Mariano Miguel
and against defendant(s) Sam Olson, et al.
in the amount of $

which ☐ includes pre–judgment interest.
☑ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The Court grants Petitioner's Petition for a Writ of Habeas Corpus because he is being held without the possibility of release on bond in violation of 8 USC § 1226(a). The Court orders Respondents to provide Petitioner with a bond hearing by 10/26/25.

This action was *(check one)*:

☐ tried by a jury with Judge                     presiding, and the jury has rendered a verdict.
☐ tried by Judge             without a jury and the above decision was reached.
☑ decided by Judge  Jorge L. Alonso              on 2/2/26.

Date: 2/2/2026



Jorge L. Alonso                     , United States District Judge